UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 14-6221-MWF(JCx)**                                         Dated: **May 23, 2016**

Title:    Dirk Schubert -*v*- Anthem Blue Cross Life and Health Insurance Company

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Cheryl Wynn                                         None Present
    Relief Courtroom Deputy                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                    None Present

PROCEEDINGS (IN CHAMBERS):    COURT ORDER

    In light of the Notice of Settlement filed May 20, 2016, the Court sets a hearing on Order To Show Cause Re Dismissal for **July 18, 2016 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

    **IT IS SO ORDERED.**

MINUTES FORM 90                                          Initials of Deputy Clerk  __cw__
CIVIL - GEN